UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No.: 6:13-bk-02588-ABB
                                                Chapter 13
James T. Bennigan,

        Debtor.
_____/

## CHAPTER 13 PLAN

        Comes now, the Debtor, James T. Bennigan, and files his Chapter 13 Plan.  The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 | $2,269.88 |

        The Debtor shall pay by money order, cashier's check, or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN 38101-1103.  The Debtor's name and case number must be indicated clearly thereon and must be received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| J. Craig Bourne | $1,500 | $25.00 | 1-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Suntrust Mortgage/ Fannie Mae | $143,225 | $1183.30 | 1-60 |

Note:  Maintenance payments on first mortgage on Debtor's residence over the life of the plan.

| | | | |
|---|---|---|---|
| USAA FSB | $2,613 | $51.13 | 1-60 |

Note: Claim secured by Debtor's 2006 Dodge truck.  Claim to be paid with interest of 6.5%.

| | | | |
|---|---|---|---|
| SunTrust Bank | $56838 | | Motion to Strip Second Mortgage Lien and For determination that claim is unsecured |

| Secured Arrearage | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SunTrust Mortgage/ Fannie Mae | $32,745 | $545.75 | 1-60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Property to Be Surrendered:**

| Creditor Name | Property: |
|---|---|
| Capital One/Yamaha | Yamaha Rhino 4-wheeler |

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

(Motion to Value must be consistent with plan treatment)

Executory Contracts
The following Executory Contracts are assumed:

| Name of Creditor | Description of Collateral: | Month Numbers: |
|---|---|---|
| NONE | | |

The following Executory Contracts are rejected:

| Name of Creditor | Description of Collateral: | Month Numbers: |
|---|---|---|
| NONE | | |

Unsecured Creditors: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **14%**

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

Dated: **3-6·13**

James T. Bennigan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Chapter 13 Plan has been furnished on March **21** , 2013, to the following creditors or interested persons by either electronic transmission or via U.S. Mail:

Debtor: James T. Bennigan, 1507 Sparrow St., Longwood, FL 32750
Chapter 13 Trustee: Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790
All listed creditors and interested parties on the attached USBC mailing matrix

J. CRAIG BOURNE, ESQUIRE
Florida Bar No. 999466
1520 E. Livingston St.
Orlando, FL 32803
Tel: (407) 894-6750
Fax: (407) 894-4735
E-mail: craigbournelaw@yahoo.com
Attorney for the Debtor

Label Matrix for local noticing
113A-6
Case 6:13-bk-02588-ABB
Middle District of Florida
Orlando
Thu Mar 21 15:03:12 EDT 2013

James T. Bennigan
1507 Sparrow St.
Longwood, FL 32750-3134

ARS National
201 West Grand
Escondido CA 92025-2603

Accounts Receivable Mgmt
155 Mid Atlantic P
Thorofare  NJ 08086

Bank of America
Pob 982235
El Paso TX 79998-2235

CBE Group Inc
1309 Technology Pk
Cedar Falls IA 50613-6976

CT Services
Pob 47095
Plymouth MN 55447-0095

Capital One
Pob 30273
Salt Lake City UT 84130-0273

Capital One/Best Buy
Pob 30253
Salt Lake City UT 84130-0253

Capital One/Yamaha
Pob 30253
Salt Lake City UT 84130-0253

Cavarly Portfolio Svcs
500 Summit Lake Dr
Valhalla NY 10595-2322

Center for Diag Imaging
Pob 198207
Atlanta GA 30384-8207

Chase
Pob 15298
Wilmington DE 19850-5298

Client Services Inc
3451 Harry Truman Blvd
St Charles MO 63301-9816

Comenity Bank/Gander Mou
Pob 182789
Columbus OH 43218-2789

Computer Credit Inc
Pob 5238
Winston-Salem NC 27113-5238

DSNB/Macys
Pob 8218
Mason OH 45040-8218

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Douglas C Zahm PA
12425 28th St North
Ste 200
St Petersburg FL 33716-1826

Equable Ascent Fncl llc
1120 W Lake Cook rd
Ste B
Buffalo Grove IL 60089-1970

FMS Inc
4915 S Union Ave
707600
Tulsa OK 74107-7839

Financial Rec Svcs
Pob 385908
Minneapolis MN 55438-5908

Firstsource Advantage llc
205 Bryant Woods S
Amherst NY 14228-3609

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GECRB/Sams Club
Pob 965005
Orlando FL 32896-5005

GECRB/SamsDC
Pob 965005
Orlando FL 32896-5005

Gatestone & Co Int Inc
455 North 3rd St
Phoenix AZ 85004-3924

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JC Christensen
200 14th Ave E
Sartell MN 56377-4500

LTD Financial Svcs
7322 Southwest Fwy
Ste 1600
Houston TX 77074-2134

Leading Edge Recovery
5440 North Cumberland
Ste 300
Chicago IL 60656-1486

Mercantile Adj Bureau #1
6390 Main St
Williamsville NY 14221-5859

Midland Funding LLC
8875 Aero Dr
Ste 200
San Diego CA 92123-2255

NCO Financial Systems
507 Prudential Rd
Horsham PA 19044-2368

National Enterprise Sys
29125 Solon Rd
Solon OH 44139-3442

Nations Recovery Center
6491 Peachtree Ind Blvd
Atlanta GA 30360

Northstar Loc Svc
4285 Genesee
Cheektowaga NY 14225-1943

Orlando Health
Stop 9936
Pob 620000
Orlando FL 32891-0007

Orlando Orthopaedic
Pob 568529
Orlando FL 32856-8529

Plaza Recovery
5800 N Course Dr
Houston TX 77072-1613

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Assoc
140 Corporate Blvd
Norfolk VA 23502-4952

RMB
1900 Charles Bryan
Ste 100
Memphis TN 38016-5032

Sears/CBNA
Pob 6282
Sioux Falls SD 57117-6282

Seminole County Tax Collector
Attn:  Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

SunTrust Bank
Attn. Support Services
P.O. Box 85092
Richmond, VA 23286-0001

SunTrust Bank
Pob 85526
Richmond VA 23285-5526

SunTrust Mortgage
Pob 85526
Richmond VA 23285-5526

The Home Depot/CBSD
Pob 6497
Sioux Falls SD 57117-6497

USAA FSB
10750 McDermott
San Antonio TX 78288-1600

USAA FSB
Pob 47504
San Antonio TX 78265-7504

Vital Recovery Svcs
3795 Data Dr
Norcross GA 30092-6534

Wolverine Anesthesia Cons
Pob 4918
Orlando FL 32802-4918

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

J Craig Bourne +
Law Office of J Craig Bourne
1520 East Livingston Street
Orlando, FL 32803-5436

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients     55
Bypassed recipients      1
Total                   56